# United States District Court

**FILED**
**DEC 19 2007**
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

__NORTHERN__ DISTRICT OF __CALIFORNIA__

UNITED STATES OF AMERICA
V.

**MARTIN CASTILLO CEBRIAN**
a/k/a Nelson Sebrian

Venue: SAN FRANCISCO

**MEJ**

## CRIMINAL COMPLAINT

3 07 70748

CASE NUMBER:

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __February 5, 2007__ in __Sonoma County__, in the __Northern District__ of __California__, defendant willfully and knowingly made a false statement in an application for a passport with intent to induce or secure the issuance of a passport under the authority of the United States, either for his own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in violation of Title __18__ United States Code, Section __1542__.

I further state that I am a __Special Agent of the Diplomatic Security Service__ and that this complaint is based on the following facts:

**See attached Affidavit in Support of Criminal Complaint**

Maximum Penalties:
Title 18 USC Section 1542:
10 years of imprisonment; $250,000 fine; 3 years of supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
Wendy Thomas, SAUSA

Continued on the attached sheet and made a part hereof: ☒ Yes  ☐ No

Warrant of Arrest Requested:   ☒ Yes ☐ No
    Bail Amount: __N/A__

_____
Signature of Complainant, William Alfano

Sworn to before me and subscribed in my presence,

December 19, 2007                                    at San Francisco, California
Date                                                 City and State

**Maria Elena-James**
**United States Magistrate Judge**
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

| | |
|---|---|
| UNITED STATES DISTRICT COURT | ) |
| | ) ss. AFFIDAVIT |
| NORTHERN DISTRICT OF CALIFORNIA | ) |

AFFIDAVIT IN SUPPORT OF A CRIMINAL
COMPLAINT CHARGING
MARTIN CASTILLO CEBRIAN, a/k/a NELSON SEBRIAN,
WITH VIOLATING 18 U.S.C. § 1542,
FALSE STATEMENT IN APPLICATION AND USE OF PASSPORT

I, William Alfano, do swear and affirm as follows:

**Purpose**

This affidavit establishes probable cause to arrest MARTIN CASTILLO CEBRIAN for False Statement in Application and Use of a Passport, in violation of 18 U.S.C. § 1542. MARTIN CASTILLO CEBRIAN is alleged to have applied for a United States passport in the false name of NELSON SEBRIAN. This affidavit does not contain every fact, piece of information or evidence concerning this alleged violation.

**Affiant Background**

I am a Special Agent employed by the United States Department of State, Diplomatic Security Service ("DSS"). DSS Special Agents are empowered under Title 22 U.S.C. § 2709 to investigate passport fraud and to apply for and serve warrants. I have a bachelor's degree from the University of California at Berkeley, and I am a graduate of the Federal Law Enforcement Training Center's Criminal Investigator Training Program. I have received and receive on an ongoing basis, training in the laws, rules and regulations concerning passports.

**Relevant Statute**

The Passport Act of 1926, as amended, was in full force and effect throughout the period of this investigation. This Act, codified in 22 U.S.C. § 211a, authorized the United States Secretary of State to grant and issue United States passports under rules prescribed by the President and/or other federal laws. Some of these rules are that a person wanting a United States passport must complete and submit an application to the State Department and must submit proof of American citizenship, usually a birth certificate, and proof of identity, usually a driver's license, with their application. Another rule allows officers at United States Post Offices to accept passport applications, and to then forward them to the State Department for processing.

Title 18 U.S.C. § 1542 states, in pertinent part, "Whoever willfully and knowingly makes any false statement in an application for a passport with intent to induce or secure

1

the issuance of a passport under the authority of the United States, either for their own use or the use of another, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws…shall be fined under this title…or imprisoned not more than 10 years…or both." Title 18 U.S.C. § 3291 provides for a ten year statute of limitations for passport offenses.

**Case Facts and Evidence**

1.  On or about February 5, 2007, Martin Castillo CEBRIAN ("CEBRIAN") submitted a DS-11 application (No. 058957248) for a U.S. Passport at the Santa Rosa, California, Post Office, which is located in the Northern District of California. CEBRIAN listed his name in the passport application as Nelson SEBRIAN. The application included a photograph and the Social Security Number (ending in digits 7962). As proof of citizenship and identity, CEBRIAN enclosed a California driver's license (No. D9732236) and a United States birth certificate. During the processing of the application, it was identified as possibly being submitted by an imposter. CEBRIAN did not put the parents' birth dates on the application and printed, rather than signed, the application. Also, someone else falsely used the name Nelson SEBRIAN when applying for a passport in Los Angeles a few months prior to the application submitted on February 5, 2007, in Santa Rosa. CEBRIAN'S application was referred to the Department of State Diplomatic Security Service ("DSS") for criminal investigation.

2.  On June 11, 2007, DSS Special Agent Paul Comforti ("Comforti") and your affiant (collectively, "the agents") interviewed CEBRIAN at Panda Express in Santa Rosa, California, his place of employment. CEBRIAN identified a copy of passport application number 058957248 in the name of Nelson SEBRIAN as one he had submitted in order to obtain a United States passport, and stated that it was his signature on the application. Your affiant compared CEBRIAN to the photograph submitted as part of the passport application and believes that the persons are one and the same. CEBRIAN told the agents his true name is Nelson SEBRIAN and he was born in Los Angeles, California on March 10, 1984, to Josefina Miramontes and Cirilo Sebrian. CEBRIAN gave his parents' places of birth and stated that his parents reside in San Luis Patosi, Mexico. CEBRIAN also stated that he moved from Los Angeles to San Luis Patosi, Mexico, when he was one years old, where he stayed until age sixteen. He stated that he moved to Los Angeles to stay with his cousin, David Castillo, and then moved to Santa Rosa, California, for employment. CEBRIAN told the agents that his Social Security Number (ending in digits 7962) was stolen while he was living in Los Angeles. Comforti confirmed with the Social Security Office of Inspector General that CEBRIAN attempted to retrieve a new Social Security Number on April 25, 2007. The agents requested that CEBRIAN provide additional documentation to further corroborate his identity.

3.  On August 13, 2007, CEBRIAN provided two copies of official Mexican school records ("school records") issued by the Sistema Educativo Nacional ("SEN"). The copies of the school records appeared to be authentic and the photographs on them matched the photograph CEBRIAN provided with his passport application (No. 058957248). However, the name on the school records appeared to be altered on the

2

documents. DSS Special Agent Robert Castro requested that the Regional Security Office at the United States Consulate General in Monterrey, Mexico ("U.S. Consulate General"), assist with retrieving the original SEN documents issued to the unique Mexican public registration number (Clave Única de Registro de Población - CURP), CACM850220HSPSBR, listed on one of the two submitted school records.

4.  On August 21, 2007, through liaison efforts with the Government of Mexico, the U.S. Consulate General confirmed that the original documents containing Mexican public registration number CACM850220HSPSBR were issued to one Martin Castillo CEBRIAN, not Nelson SEBRIAN.

5.  On August 24, 2007, the U.S. Consulate General obtained a copy of CEBRIAN'S true Mexican birth certificate (No. 953), which indicated that his father was Pedro Castillo Castillo and his mother was Juana Cebrian Segura. CEBRIAN was born on September 10, 1985, in Villa de Reyes, San Luis Potosi, Mexico, not in the United States.

**Conclusion**

I respectfully submit that the above presented facts establish probable cause to believe that MARTIN CASTILLO CEBRIAN did possess a Social Security Number, birth certificate and California driver's license issued under the name NELSON SEBRIAN when he submitted it with an application for a United States Passport in Santa Rosa, California, in violation of Title 18, United States Code, Section 1542, False Statement in Application and Use of Passport, while in the Northern District of California.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

William Alfano
Diplomatic Security Service
U.S. Dept. of State

SUBSCRIBED AND SWORN BEFORE ME
On December 19, 2007

The Honorable Maria Elena James
U.S. Magistrate Judge
Northern District of California

3