AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☒ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**

18 U.S.C. § 1028(a)(4) - Possession of an Identification Document with Intent to Defraud the United States

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

**DEFENDANT - U.S.**

▶ MARTIN CASTILLO CEBRIAN, a/k/a NELSON SEBRIAN

**DISTRICT COURT NUMBER**

CR 08 0062

**PENALTY:**
Maximum prison term of one year
Maximum fine of $100,000
Maximum supervised release term of one year
Mandatory $25 special assessment fee

E-filing

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)
Department of State, Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

**SHOW DOCKET NO.**

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**MAGISTRATE CASE NO.**
3-07-70748 MEJ

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution

FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

**DATE OF ARREST** ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

Name and Office of Person Furnishing Information on THIS FORM  Joseph P. Russoniello
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

**ADDITIONAL INFORMATION OR COMMENTS**

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4
5                              E-filing
6
7
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
12
   UNITED STATES OF AMERICA,      )   CR 08         0062
13                                )
           Plaintiff,              )   VIOLATION: Title 18, United States Code,
14                                )   Section 1028(a)(4) – Possession of an
        v.                        )   Identification Document with the Intent to
15                                )   Defraud the United States (Class A
   MARTIN CASTILLO CEBRIAN,       )   Misdemeanor)
16      a/k/a Nelson Sebrian,     )
                                  )
17         Defendant.             )   SAN FRANCISCO VENUE
                                  )
18 _____)
19
20                              INFORMATION
21 The United States Attorney charges:
22
      On or about February 5, 2007, in the Northern District of California, the defendant,
23
                          MARTIN CASTILLO CEBRIAN,
24                             a/k/a Nelson Sebrian,
25 knowingly possessed an identification document, other than an identification document issued
26 lawfully for the defendant's use, to wit: a California Identification Card # D9732236, bearing the
27 //
28 //

INFORMATION

1  name Nelson Sebrian, with the intent that such document be used to defraud the United States, in
2  violation of Title 18, United States Code, Section 1028(a)(4), a Class A Misdemeanor.
3
4  DATED: 2/6/2008                    JOSEPH P. RUSSONIELLO
                                      United States Attorney
5
6
7                                     KYLE F. WALDINGER
                                      Deputy Chief, Major Crimes Section
8
9  (Approved as to form: _____)
10                        WENDY THOMAS
                          Special Assistant United States Attorney
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

INFORMATION