**FILED**

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

FEB 0 8 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-08-0062 MAG
Defendant's Name: Martin Castillo Cebrian
Defense Counsel: Eric Hairston
Sentencing Date: 6-5-08

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- ✓ Presentence Investigation
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 18400,</u> **before leaving** the Courthouse today to make necessary arrangements.

RICHARD W. WIEKING
Clerk

By: **Brenda Tolbert**
Deputy Clerk

C: U.S. Probation

For Use of Courtroom Deputies:

Is defendant in custody? NO
Is defendant English speaking? No  Spanish
Defendant's address: _____