06/12/2008 01:08 PM EST

Version 7.0.1

**Case Debt Type Payment Report**
**U.S. Courts**

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. DCAN308CR000062 | | US V CEBRIAN | | | | | | | |
| 001 | MARTIN CASTILLO CEBRIAN 504100 | | SPECIAL PENALTY ASSESSMENT | 25.00 | 0.00 | CT 34611019907 | 1 | PR | 25.00 | 06/05/2008 |
| | | | | | | Division Payment Total | | | 25.00 | |
| | | | | | | Grand Total | | | 25.00 | |

$ 25.00  SPECIAL ASSESSMENT
PAID IN FULL
On 6-5-08

CR 08-62 WHL

**FILED**
JUN 1 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Page 1 of 1